*Maddox & Starr*, for plaintiffs in error.
*R. J. & J. McCamy*, contra.

---

### CURETON *v.* CLOPTON.

*Atkinson, J.*—The evidence, though clearly decidedly conflicting, warranted the verdict. Some of the alleged newly discovered evidence was evidently within the knowledge of the defendant at the time of the trial, and all of it might have been obtained before that time by the exercise of proper diligence. As a whole, it would not probably change the result.    *Judgment affirmed.*

October 26, 1896. Argued at the last term.

Complaint on account. Before Judge Milner. Dade superior court. September term, 1895.

B. T. Brock, T. J. Lumpkin and McCutchen & Shumate, for plaintiff in error.

W. U. & J. P. Jacoway, contra.